In the Supreme Court of Georgia

Decided: January 11, 2022

S22Y0339.  IN THE MATTER OF CORY HOWERTON FLEMING.

PER CURIAM.

This lawyer disciplinary matter is before the Court on the petition for voluntary reciprocal discipline, in the form of an emergency suspension, filed by Cory Howerton Fleming (State Bar No. 292955). See Bar Rules 4-108 (a) (emergency suspension), 4-227 (b) (petition for voluntary discipline), and Georgia Rules of Professional Conduct ("GRPC") Rule 9.4 (b) (reciprocal discipline), found in Bar Rule 4-102 (d). Fleming admits that on October 8, 2021, the Supreme Court of South Carolina issued an order for his interim suspension from the practice of law under South Carolina's equivalent to Georgia Bar Rule 4-108 (a). Fleming promptly notified the State Bar of the suspension, see GRPC 9.4 (b), and, in its

response to Fleming's petition, the State Bar requests that the Court grant the petition.

Having considered the petition and response, the Court agrees that an order of emergency suspension is appropriate. See, e.g., *In the Matter of Moore*, 303 Ga. 296, 296 n.1 (811 SE2d 343) (2018) (disbarring attorney and noting Court's prior grant of voluntary petition for emergency suspension); *In the Matter of Morris*, 298 Ga. 864 (785 SE2d 408) (2016) (accepting petition for voluntary emergency suspension where attorney admitted impairment); *In the Matter of Kirkland*, 288 Ga. 480 (704 SE2d 806) (2011) (imposing indefinite suspension as reciprocal discipline following emergency suspension in Florida). Accordingly, the Court hereby accepts the voluntary petition and directs that Cory Howerton Fleming be suspended from the practice of law immediately and until further order of this Court. Fleming is reminded of his duties pursuant to Bar Rule 4–219 (b).

*Petition for voluntary discipline accepted. Emergency suspension. All the Justices concur.*